UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ____________________

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE NINTH COURT OF ORAL FAMILY TRIALS OF THE FIRST JUDICIAL DISTRICT OF MONTERREY, NUEVO LEON, MEXICO IN MATTER OF BLANCA ANGELICA SADA PERALES V. RICARDO GONZALEZ GONZALEZ
_____________________________________________/

**APPLICATION FOR ORDER PURSUANT TO TITLE 28,**
**UNITED STATES CODE, SECTION 1782**

The United States of America, through counsel, applies to this Court under 28 U.S.C. § 1782, for an Order appointing the undersigned Assistant United States Attorney Lawrence Rosen, as Commissioner for the purpose of complying with the request for international judicial assistance from the Ninth Court of Oral Family Trials of the First Judicial District of Monterrey, Nuevo Leon, Mexico in *Matter of Blanca Angelica Sada Perales v. Ricardo Gonzalez Gonzalez*. Specifically, the United States, through Assistant United States Attorney Lawrence Rosen, seeks evidence from Invex, Inc., a company located in Miami, Florida concerning financial accounts owned by Ricardo Gonzalez Gonzalez. The documents submitted to the Department of Justice from the Ninth Court of Oral Family Trials are attached hereto as Exhibit No. 1.

A memorandum of law is filed in support of this application.

Dated: February 17, 2017
Miami, Florida

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s/Lawrence Rosen

Lawrence N. Rosen (Florida Bar No. 282911)
Assistant United States Attorney
E-mail: Larry.Rosen@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9321
Fax: (305) 530-7139
Counsel for United States of America